In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-10356

_____

ALEX EL BACHIRI,

*Plaintiff-Appellant,*

*versus*

MEDICREDIT, INC.,

MD NOW MEDICAL CENTERS, INC.,

   doing business as
   MD Now Urgent Care,

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:24-cv-61592-WPD

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued
on this date in this appeal is entered as the judgment of this Court.

Entered: October 2, 2025

For the Court: DAVID J. SMITH, Clerk of Court